**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Case No. 26-po-52 (EMB) |
| Plaintiff, | **NOTICE OF APPEARANCE OF** |
| v. | **ERIC RICE** |
| John T Abernathy, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that the Defendant has retained Eric Rice of Law Office of Eric A. Rice, LLC to serve as counsel. The undersigned respectfully requests that all copies of motions, pleadings, affidavits, notices, orders, and other documents or papers filed or served in this matter be transmitted to him.

Dated: April 17, 2026

**LAW OFFICE OF ERIC A. RICE, LLC**

By: */s/ Eric A. Rice*_____
Eric A. Rice, ID: 0388861
1 W. Water St., Ste. 275
St. Paul, MN 55107
Phone: (651) 998-9660
Fax: (651) 344-0763
Email: eric@ricedefense.com

ATTORNEY FOR DEFENDANT