UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Petty Offense No. 3:26-52 (EMB)

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

JOHN T. ABERNATHY,

       Defendant.

**GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE**

The United States of America hereby submits its motion to dismiss without prejudice the citation issued against the defendant (Violation No. 6732088) pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: May 6, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Matthew D. Evans*
MATTHEW D. EVANS
Assistant United States Attorney