**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Petty Offense No. 3:26-52 (EMB)

UNITED STATES OF AMERICA,

        Plaintiff,                Violation No: 6732088 (MN3)

  v.

                            **ORDER FOR DISMISSAL**

JOHN T. ABERNATHY,

        Defendant.

Upon motion by the United States, **IT IS HEREBY ORDERED** that:

1.  The Motion to Dismiss is **GRANTED**. Violation No. 6732088 (MN3) is dismissed

    without prejudice.

2.  The hearing previously set for May 21, 2026 at 10:00 a.m. before Magistrate Judge

    Elsa M. Bullard is CANCELLED.

Dated:  May 7, 2026                 *s/Elsa M. Bullard*
                                    The Honorable Elsa M. Bullard
                                    United States Magistrate Judge